HUGHES HUBBARD & REED LLP
YI-CHIN HO (SBN 204834)
yichin.ho@hugheshubbard.com
1999 Avenue of the Stars, 9th Floor
Los Angeles, California 90067-4620
(213)613-2888

Tina M. Schaefer (admitted pro hac vice)
Tina.schaefer@hugheshubbard.com
Matthew P. Strobbe (admitted pro hac vice)
Matthew.strobbe@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1100 Walnut Street, Suite 1700
Kansas City, Missouri 64106
(816)709-4159

Attorneys for Specially Appearing Defendant
**VECTOR GROUP LTD.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE BENNETT<br><br>Plaintiff, *pro se*<br><br>vs.<br><br>VECTOR GROUP LTD. and JAPAN TOBACCO INC.,<br><br>Defendants. | Case No. 5:25–cv–02077–KK (SPx)<br><br>[Assigned to the Honorable Kenly Kiya Kato]<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO VECTOR GROUP LTD. AND JAPAN TOBACCO INC.** |

This case was originally filed in the Superior Court of the State of California, County of San Bernardino, Case No. CIVSB2514913. On August 8, 2025, Specially Appearing Defendant Vector Group Ltd. removed the case to this Court. (ECF 1). Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Denise Bennett, appearing pro se, and Specially Appearing Defendant Vector Group Ltd., by and through counsel, hereby stipulate to the dismissal of Plaintiffs' claims against Vector Group Ltd. and Japan Tobacco Inc.[1] without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

DATED:  August 21, 2025        HUGHES HUBBARD & REED LLP
                               TINA M. SCHAEFER

                               By: /s/ Tina M. Schaefer
                                   Tina M. Schaefer (pro hac vice)
                                   Attorneys for Specially Appearing Defendant
                                       VECTOR GROUP LTD.


                               DENISE BENNETT


                               By: /s/ Denise Bennett
                                   Denise Bennett
                                   Pro Se Plaintiff

---

[1] Japan Tobacco Inc. has not appeared in this matter. *See also* ECF 18 "NOTICE AND ORDER by Judge Kenly Kiya Kato: The Court is in receipt of Notice of Removal filed by defendant Vector Group Ltd. ("Vector Group"). Dkt. 1. The filings indicate Plaintiff purportedly effected service on defendant Japan Tobacco Inc. ("Japan Tobacco") on July 7, 2025, by substituted service through mailing to an address in New Jersey. Dkt. 1-2. However, as argued by defendant Vector Group, it appears defendant Japan Tobacco is a foreign corporation located in Japan. Dkt. 1 at 2. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within seven (7) days of this Order, why the lodged proof of service should not be stricken as invalid for failure to comply with Federal Rule of Civil Procedure 4(f). Plaintiff is warned that failure to timely respond will result in the proof of service being stricken and/or other sanctions, which may include dismissal of defendant Japan Tobacco for failure to prosecute and/or comply with Court orders. See Fed. R. Civ. P. 41(b). IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (npo) TEXT ONLY ENTRY (Entered: 08/20/2025)."

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2025, I caused a copy of the following document **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO VECTOR GROUP LTD. AND JAPAN TOBACCO INC.** to be served via U.S. Mail on the following interested party in this case:

Denise Bennett (pro se)
13124 Woodland Ct.
Hesperia CA 92344

The above address has appeared on prior papers in the state court action as address of the *pro se* Plaintiff.

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Hughes Hubbard & Reed LLP, 1999 Avenue of the Stars, 9th Floor, Los Angeles, CA 90067.

I further certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2025 at Los Angeles, California.

_____
Lillian J. Medina

PROOF OF SERVICE